# United States District Court

EASTERN DISTRICT OF WISCONSIN

**ABRAHAM CALLEROS,**

      Petitioner,

      V.

**JEFFERY P. ENDICOTT**,

      Respondent.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **02-C-923**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Abraham Calleros' petition pursuant to Title 28, United States Code, Section 2254, is Denied for Petitioner's failure to exhaust his state court remedies. This action is hereby DISMISSED.**

| | |
|---|---|
|    **August 31, 2005** |    SOFRON B. NEDILSKY |
| Date | Clerk |
| |   s/ Linda M. Zik |
| | (By) Deputy Clerk |