# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

DANIEL L. HANSON,
      Plaintiff

    v.                                      CASE NUMBER: 02-C-938

ROMAN KAPLAN, M.D., and
JUDY P. SMITH,
      Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS THEREFORE ORDERED** that the plaintiff's motion for summary judgment (Docket # 56) is **DENIED**.
    **IT IS FURTHER ORDERED** that the defendants' motion for summary judgment (Docket # 42) is **GRANTED**.
    **IT IS FURTHER ORDERED** that the plaintiff's motion for order for further disclosure and discovery (Docket # 70) is **DENIED**.
    **IT IS FURTHER ORDERED** that the plaintiff's motion for order to disclose witnesses (Docket #71) is **DENIED**.
    **IT IS FURTHER ORDERED** that this case is **DISMISSED** and the Clerk of Court shall enter judgment accordingly.

    September 12, 2005                                              SOFRON B. NEDILSKY
Date                                                                                Clerk

                                                                                                          Jacki L. Koll
                                                                                                          (By) Deputy Clerk